## Commonwealth ex rel. Duronio, Appellant, v. Commonwealth.

Submitted May 25, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Roger F. Duronio,* appellant, in propria persona.

*Frank P. Lawley, Jr.,* Deputy Attorney General, and *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, June 30, 1965:
Order affirmed.